IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOSELYN KELLY                                                                    PLAINTIFF

v.                                          CIVIL ACTION, FILE NO. 3:19-CV-069-SA-JMV

McDONALD'S USA, LLC; McDONALD'S
CORPORATION; AES MANAGEMENT, INC.;
ELIZABETH SMITH; and ANDREW SMITH                            DEFENDANTS

## COMPLAINT

### Preliminary Allegations

1. This is a civil action for monetary damages due to sex discrimination against Joselyn Kelly by the defendants. This civil action is brought under 42 U.S.C. § 2000e *et seq.*

2. Jurisdiction and venue are proper under 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

### Parties

3. Joselyn Kelly ("Joselyn") is an adult resident citizen of Choctaw County, Mississippi.

4. McDonald's USA, LLC is a Delaware limited liability company and can be served with process through its registered agent Corporation Service Company at 7716 Old Canton Road, Suite C, Madison, Mississippi 39110.

5. McDonald's Corporation is a Delaware corporation and can be served with process through its registered agent The Prentice-Hall Corporation System, Inc. at 7716 Old Canton Road, Suite C, Madison, Mississippi 39110.

6. AES Management, Inc. is a dissolved Mississippi corporation and can be served through its registered agent Elizabeth Smith at 1211 Wood Duck Cove, Oxford, Mississippi 38655.

7. Elizabeth Smith and Andrew Smith are adult resident citizens of Lafayette County, Mississippi and can be served with process at 1211 Wood Duck Cove, Oxford, Mississippi 38655.

### Statement of Facts

8. On January 4, 2019, the defendants hired Joselyn to work as an area supervisor for multiple McDonald's restaurants across North Mississippi beginning January 8, 2019.

9. On January 7, 2019, Joselyn informed the defendants that she is transgender.

10. Shortly after beginning her employment, the defendants, either directly or through their other employees, began to discriminate against Joselyn.

11. The defendants discriminated against Joselyn by:

    a.    refusing to address her by her preferred pronoun (i.e., saying "he" or "him" rather than "she" or "her");

    b.    addressing her as "it" or "faggot";

    c.    stating that "transgenders" were an abomination;

    d.    mockingly calling her "Juwanna Mann" in reference to a male film character who impersonates a female; and

    e.    assigning menial tasks to her that were only done by entry-level employees.

12. All discriminatory actions by the defendants' other employees were taken in the course of their employment with the defendants.

13. The defendants' discriminatory actions were motivated solely by Joselyn's sex being female instead of male.

14. The defendants' discriminatory actions were so traumatizing to Joselyn that she was forced to resign her job as an area supervisor.

15. At the time of the defendants' discriminatory actions, they and Joselyn were employer and employee.

16. Following the defendants' discriminatory actions, Joselyn filed a charge of discrimination against them with the Equal Employment Opportunity Commission ("EEOC").

17. On March 20, 2019, the EEOC issued its notice of Joselyn's right to sue.

**Cause of Action**
<u>Sex Discrimination in Violation of 42 U.S.C §§ 2000e-2(a)(1) and (a)(2)</u>

18. Joselyn reincorporates her allegations made in paragraphs 1 through 17.

19. The defendants' discriminatory actions constitute sex discrimination, which is an unlawful employment practice under 42 U.S.C §§ 2000e-2(a)(1) and (a)(2).

20. Joselyn has been damaged as a result of the defendants' discriminatory actions.

## Damages

21. As a result of the defendants' discriminatory actions, Joselyn requests the following relief:

    a. compensatory damages;

    b. costs, including reasonable attorney's fees;

    c. any other equitable relief the Court deems appropriate.

## Request for Jury

22. Joselyn requests a jury trial.

Respectfully submitted,

Joselyn Kelly

Charles Hays Burchfield, MSB No. 103680
Burchfield Law Firm, PLLC
Post Office Box 733
15 North Dunn Street
Eupora, MS 39744
Telephone: 662.258.6633
Facsimile: 662.258.6639
haysburchfield@gmail.com