IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOSELYN KELLY                                                                                          PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:19CV69-SA-DAS

AES ENTERPRISES, INC.                                                                           DEFENDANT(S)

## ORDER

The court has received certain medical records pertaining to the plaintiff in response to a subpoena issued to   Baptist Memorial Hospital, Golden Triangle   by defendants AES Enterprises, Inc.. Plaintiff's counsel is directed to review these documents, at the office of deputy Clerk, Jennifer Adams, 203 Gilmore Drive, Amory, MS 38821 within ten (10) days of this order to determine if there are records not subject to the waiver of the medical privilege in this case. Plaintiff's counsel shall advise the court within fourteen (14) days of those records to which a privilege, if any, is claimed. If no objections are filed within fourteen (14) days, the records will be made available to the subpoenaing party. The subpoenaing party shall either retrieve the documents at the above office or arrange for mailing at the party's expense.

If objections are filed, the undersigned will review in camera the documents to which a privilege is claimed for a determination of whether the documents are subject to release.

SO ORDERED, this 13th day of November, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE